# MINUTE ORDER

Page 6

## Magistrate Judge Lisette M. Reid

### Atkins Building Courthouse - 3rd Floor                Date: 10/6/2021    Time: 1:00 p.m.

Defendant:  1) RAI MARTINEZ          J#: 02531-506    Case #: 21-MJ-3956-REID

AUSA: _Tierrel Mathis_                Attorney: _AFPD Andrew Jacobs_

Violation: CONSPIRACY TO PWID A CONTROLLED SUBSTANCE    Surr/Arrest Date: 10/5/2021    YOB: 1988
WHILE ON BOARD A VESSEL SUBJECT TO THE
JURISDICTION OF THE U.S.

Proceeding: Initial Appearance                    CJA Appt:

Bond/PTD Held: ○ Yes   ○ No         Recommended Bond:

Bond Set at:                              Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: _Spanish_

Disposition:
- Deft consented to proceed by VTC.
- Deft advised of his rights & Charges
- Deft sworn // AFPD appt
- Step $250,000 CSB w/Nebbia w/right to revisit
- Brady warning given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:         Time:         Judge:                Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:   10/20    10:00    Duty              Miami

Status Conference RE:

D.A.R. 14:16:03                        Time in Court: 10 minute

s/Lisette M. Reid                              Magistrate Judge