# MINUTE ORDER

Page 7

## Magistrate Judge Lisette M. Reid

**Atkins Building Courthouse - 3rd Floor**          Date: 10/6/2021     Time: 1:00 p.m.

Defendant:  2) JUAN RINCON PUELLO          J#: 02530-506     Case #: 21-MJ-3956-REID

AUSA: Tierrel Mathis          Attorney: _____

Violation:  CONSPIRACY TO PWID A CONTROLLED SUBSTANCE          Surr/Arrest Date: 10/5/2021     YOB: 1971
WHILE ON BOARD A VESSEL SUBJECT TO THE
JURISDICTION OF THE U.S.

Proceeding: Initial Appearance          CJA Appt: Arnaldo Suri

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: Spanish. |
| ☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person | Disposition: |
| ☐ Random urine testing by Pretrial Services _____ | - Deft consented to proceed by VTC |
| Treatment as deemed necessary | |
| ☐ Refrain from excessive use of alcohol | - Deft advised of his rights & charges |
| ☐ Participate in mental health assessment & treatment | |
| ☐ Maintain or seek full-time employment/education | |
| ☐ No contact with victims/witnesses, except through counsel | - Deft sworn // CJA appt |
| ☐ No firearms | |
| ☐ Not to encumber property | - Stip $250,000 CSB w/nebbia |
| ☐ May not visit transportation establishments | w/ right to revisit |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | - Brady warning given |
| ☐ Travel extended to: _____ | |
| ☐ Other: _____ | Time from today to _____ excluded from Speedy Trial Clock |

NEXT COURT APPEARANCE   Date:          Time:          Judge:          Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal:   10/20     10:00     Dailey     Miami

Status Conference RE: _____

D.A.R. 14:26:51 _____          Time in Court: 9 minutes

s/Lisette M. Reid          Magistrate Judge